[2005]). Here, the Supreme Court properly denied that branch of the plaintiff's motion which was to modify the visitation provisions of the stipulation of settlement so as to require that the defendant's visitation with the subject children be supervised, since the plaintiff failed to demonstrate a change of circumstances warranting that the visitation provisions of the stipulation of settlement be so modified (*see Gallagher v Dalton*, 46 AD3d 746, 746-747 [2007]; *Messinger v Messinger*, 16 AD3d at 563). Mastro, J.P., Rivera, Chambers and Lott, JJ., concur.

In the Matter of STEPHEN D.A. MERCYFIRST et al., Respondents; SANDRA M.-A., Appellant, et al., Respondent. [955 NYS2d 888]

Skelos, J.P., Dillon, Hall and Miller, JJ., concur.

In the Matter of STEPHEN D.A. MERCYFIRST et al., Respondents; SANDRA M.-A. et al., Appellants. [956 NYS2d 562]—